**Fill in this information to identify the case:**

Debtor 1: Eddie Lee Jackson, Jr.

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of IL (State)

Case number: 14-31514-lkg

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 4639

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ____/____/_____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: motion to sub counsel | 05/28/2020 | (11) | $ 225.00 |
| 12. Other. Specify: F/C atty fees | 04/20/2020 | (12) | $ 1,260.00 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Eddie Lee Jackson, Jr.
First Name Middle Name Last Name

Case number (*if known*) 14-31514-lkg

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michelle Ghidotti
Signature

Date 10/06/2020

Print: Michelle Ghidotti
First Name Middle Name Last Name

Title Authorized Agent

Company Ghidotti Berger LLP.

Address 1920 Old Tustin Ave
Number Street
Santa Ana, CA 92705
City State ZIP Code

Contact phone (949) 427 – 2010

Email bknotifications@ghidottiberger.com

**CERTIFICATE OF SERVICE**

On October 6, 2020, I served the foregoing documents described as Post petition fee notice on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**Ronald Allan Buch**
Belleville@tbcwam.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On October 6, 2020, I served the foregoing documents described as Post petition fee notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, postage paid, addressed as follows:

**Eddie Lee Jackson, Jr.**
1740 Martin Luther King Dr.
East Saint Louis, IL 62201

***Trustee***
**Russell C Simon**
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL 62226

***U.S. Trustee***
**United States Trustee**
Becker Bldg, Room 1100
401 Main St
Peoria, IL 61602

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May